UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:04-CV-455-JCM (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 22, 2006 |
| | ) | |
| NEVADA SYSTEM OF HIGHER EDUCATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Modify Scheduling Order to Extend Discovery and Related Deadlines (Doc. #151). The court does not need any further briefing nor hearing to decide the Motion. A reading of the Motion convinces the court that good cause exists for the requested extension.

Defendants' Motion to Modify Scheduling Order to Extend Discovery and Related Deadlines (Doc. #151) is **GRANTED**. The following schedule shall govern this case:

1. Last day to complete discovery:     **November 30, 2006**
2. Last day to file dispositive motions:     **February 23, 2007**
   Opposition briefs no later than **March 31, 2007**
   Reply briefs no later than **April 17, 2007**

MINUTES OF THE COURT
3:04-CV-455-JCM (RAM)
June 22, 2006
Page Two

3. The Joint Pretrial Order shall be submitted within sixty (60) days of the court's ruling on dispositive motions.

No further extensions shall be granted barring extraordinary circumstances.

Defendants' *Ex Parte* Motion for Order Shortening Time (Doc. #152) is **DENIED** as moot.

**IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                              By:      /s/
                                     Deputy Clerk