# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HUSSEIN S. HUSSEIN, an individual,

Plaintiff,

v.

NEVADA SYSTEM OF HIGHER EDUCATION, et al.,

Defendants.
_____/

**3:04-CV-0455-JCM (RAM)-BASE**
3:05-CV-0076-JCM (RAM)-MEMBER

**ORDER GRANTING MOTION FOR MENTAL EXAMINATION OF PLAINTIFF**

Defendants filed a Motion for Mental Examination of Plaintiff Hussein Hussein on July 28, 2006. (No. 156) On August 15, 2006, Plaintiff opposed the motion. (No. 159), and on August 18, 2006, Defendants submitted their reply in support of the motion. (No. 167). The matter was set to be heard by this Court on September 18, 2006. (No. 160).

On September 6, 2006, Plaintiff Hussein withdrew his opposition to the motion (No. 170), and he further indicated his consent to an independent mental examination to be performed by Defendants' expert witness Dr. Steven Pitt under the terms set forth in Defendants' motion.

///

///

///

///

Therefore, IT IS ORDERED, that Plaintiff Hussein shall undergo an independent mental examination, as described in Defendants' motion, by Dr. Steven Pitt at a date and time designated by Defendants.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: ___September 11, 2006___

2