# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUSSEIN S. HUSSEIN, an individual, | **3:04-CV-0455-JCM (RAM)-BASE**<br>3:05-CV-0076-JCM (RAM)-MEMBER |
| Plaintiff, | |
| v. | |
| NEVADA SYSTEM OF HIGHER EDUCATION, et al., | |
| Defendants. | |

## ORDER GRANTING RELIEF FROM PROTECTIVE ORDER

On August 4, 2006, Defendants submitted, in camera, a Motion for Relief from Protective Order pertaining to certain documents provided by third parties Solutia, Inc. and Alltech, Inc. Plaintiff Hussein opposed the motion. (No. 161). The matter was set for hearing on September 18, 2006. (No. 158).

On September 6, 2006, Plaintiff filed a Notice of Withdrawal his opposition to Defendants' in camera motion. (No. 170). In that Notice, Plaintiff consented to the "removal of the Solutia, Inc. and Alltech, Inc. records from the ambit of the Protective Order. The Court presumes that this means that Plaintiff has consented to remove the designation of the records as "Confidential" under the terms of the Protective Order and the Stipulated Amended Protective Order (No. 164), and accordingly, orders that such records are no longer deemed confidential under the terms of the Stipulated Amended

///

1  Protective Order, and that Defendants may use such records as it deems necessary and
2  in accordance with the relief sought in the in camera motion.
3                              IT IS SO ORDERED.

                            _____
                            U.S. MAGISTRATE JUDGE
                            Date:  September 11, 2006

2