UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:04-CV-455-JCM (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | December 5, 2006 |
| | ) | |
| NEVADA SYSTEM OF HIGHER | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>  GINA MUGNAINI           </u>     REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                              </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                             </u>

MINUTE ORDER IN CHAMBERS:

     Plaintiff has filed a Motion to Quash (Doc. #206).  In that Motion Plaintiff requests that certain subpoenas be quashed and depositions after the discovery cut-off date be vacated.

     In the Motion, Plaintiff states that counsel had agreed to take depositions after the discovery cut-off "but Plaintiff himself objects to this and hence this motion."  Unfortunately, Plaintiff is represented by counsel, and if counsel has made agreements to take depositions after the discovery cut-off, those depositions will be taken.  If Plaintiff is dissatisfied with his counsel's decisions, he is free to change counsel or represent himself.  Until then, the court will recognize agreements made by counsel and the Plaintiff himself will not dictate the course of this case.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:<u>           /s/                    </u>
Deputy Clerk