UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:04-CV-455-JCM (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | December 13, 2006 |
| | ) | |
| NEVADA SYSTEM OF HIGHER | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Plaintiff's Ex Parte Motion for Order Granting Leave to Serve and File Brief Exceeding 30 Pages in Length (Doc. #218) is <u>GRANTED</u>.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  <u>       /s/              </u>
       Deputy Clerk