UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:04-CV-455-JCM (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | January 4, 2007 |
| | ) | |
| NEVADA SYSTEM OF HIGHER | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>GINA MUGNAINI</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendant State of Nevada, Department of Public Safety, Division of Investigation's Motion to Remove Edward L. Oueilhe III from Service List (Doc. #238) is <u>GRANTED</u>.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk