UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:04-CV-455-JCM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | January 18, 2007 |
| | ) | |
| NEVADA SYSTEM OF HIGHER | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI             REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Plaintiff has filed a Motion for Order Compelling Discovery (Doc. #223). Defendants have filed a Motion to Strike Plaintiff's Motion for Order Compelling Discovery (Doc. #243).

     In reviewing Plaintiff's Motion it merely states that "Plaintiff's counsel has attempted before and after Defendants' responses to resolve the dispute without results as to the topics herein addressed."

///

MINUTES OF THE COURT
3:04-CV-0455-JCM (RAM)
January 18, 2007
Page Two
_____

      LR 26-7(b) provides that "Discovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action."  The extent of the certification was defined by the court in Shuffle Master, Inc. v. Progressive Games, Inc., 170 F.R.D. 166, 171 (D. Nev. 1996) wherein the court stated "That is, a certificate must include, inter alia, the names of the parties who conferred or attempted to confer, the manner by which they communicated, the dispute at issue, as well as the dates, times, and results of their discussions, if any."  Plaintiff is also well aware that this court requires <u>personal</u> <u>consultation</u> to comply with the Rule.

      Plaintiff's Motion for Order Compelling Discovery (Doc. #223) is <u>DENIED</u>.

      Defendants' Motion to Strike Plaintiff's Motion for Order Compelling Discovery (Doc. #243) is <u>DENIED</u>.

      IT IS SO ORDERED.

                                    LANCE S. WILSON, CLERK

                                    By:_____/s/_____
                                           Deputy Clerk