1
2
3
4
5
6         **UNITED STATES DISTRICT COURT**
7         **DISTRICT OF NEVADA**

| | |
|---|---|
| HUSSEIN S. HUSSEIN, an individual, | 3:04-CV-0455 JCM (RAM) |
| | 3:05-CV-0076 JCM (RAM) |
| Plaintiff, | |
| v. | Date:     **N/A** |
| | Time:    **N/A** |
| UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA, et al., | |
| Defendants. | |

### ORDER

Presently before the court is plaintiff's motion for summary judgment on counterclaim damages (Doc. # 374). Defendants filed an opposition (Doc. # 441) and plaintiff filed a notice of intent to reply (Doc. # 463).

On March 18, 2008, the court denied plaintiff's motion for summary judgment on the counterclaim (Doc. # 364). (*See* Doc. # 552). The court finds plaintiff's motion for summary judgment on counterclaim damages contains the same evidentiary defects as Docket # 364. For the reasons set out the court's March 18, 2008, order (Doc. # 552),

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for
2 summary judgment on counterclaim damages (Doc. # 374) be, and the same hereby is, DENIED.
3    DATED this 218st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -