# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Hussein S. Hussein, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Nevada System of Higher Education, et al.,<br><br>Defendant. | **3:04-CV-0455-JCM (GWF)-BASE**<br>3:05-CV-0076-JCM (GWF)-MEMBER<br><br>Date:     N/A<br>Time:    N/A |

# ORDER

Presently before the court is defendants' emergency motion for reconsideration of and to vacate Docket No. 582 (Doc. # 583).

On April 25, 2008, the court granted plaintiff's motion for leave to file an action for injunctive relief. (*See* Doc. # 582). The court's order noted that it granted plaintiff's motion for the "**limited purpose** of seeking injunctive relief for his termination." (*Id*., at 1:24–25).

Defendants request reconsideration of the court's order, arguing that (1) "Hussein was terminated on April 11, 2008[,]" (2) plaintiff has not exhausted his administrative remedies, and (3) the proposed *Hussein 14* is a further effort to piecemeal plaintiff's litigation against Nevada System of Higher Education ("NSHE"). (*See* Doc. # 583, at 2:13–22).

The court concludes that defendants' arguments with respect to mootness and exhaustion do

**James C. Mahan**
**U.S. District Judge**

not provide a basis for reconsideration. Whether the state court has jurisdiction to hear plaintiff's action for injunctive relief is an issue for the state court to consider. These jurisdictional issues are wholly distinct from the court's injunction (Doc. # 408), prohibiting plaintiff from suing witnesses or relitigating the factual and legal issues in this case.

The court also concludes that defendants' argument that *Hussein 14* is another effort by plaintiff to piecemeal this litigation does not provide a basis for reconsideration. Whether plaintiff was deprived of his right to a fair administrative proceeding is an issue for him to pursue in the state appellate courts. (*See* Doc. # 550, at 3:4–7). Thus, the court finds plaintiff's request to file *Hussein 14* reasonable and not a disingenuous attempt to circumvent the court's injunction.

UPON CONSIDERATION of defendants' motion, the memorandum of points and authorities, and the papers and pleadings on file in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' emergency motion for reconsideration of and to vacate Docket No. 582 (Doc. # 583) be, and the same hereby is, DENIED.

DATED April 28th, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -