# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HUSSEIN S. HUSSEIN,

    Plaintiff,

vs.

COMMUNITY COLLEGE SYSTEM OF NEVADA, *et al.*,

    Defendants.

Case No. 3:04-cv-00455-JCM-GWF

**ORDER**

Order Amending the Court's Prior Order (Dkt. #734), Granting Plaintiff's Motion to Terminate Counsel and Appear Pro Se

    This Amended Order hereby replaces the Court's prior Order (Dkt. #734), dated July 24, 2009. This matter is before the Court on Plaintiff Hussein S. Hussein's *Ex Parte* Motion for an Order Approving Termination of Counsel and Approving Plaintiff's *Pro Se* Representation in this Matter (Dkt. #728), filed July 10, 2009; Mr. Dickerson's Non-Opposition to *Ex Parte* Emergency Motion for an Order Approving Termination of Counsel and Approving Plaintiff's *Pro Se* Representation in this Matter (Dkt. #729), filed July 14, 2009; and Defendants' Response to Plaintiff's Motion to Proceed Pro Se (Dkt. #731), filed July 20, 2009.[1]

    Due to irreconcilable differences with his attorneys, Plaintiff moves to end his representation by counsel and proceed *pro se* in this matter. Defendants contend that if Mr. Hussein is allowed to proceed *pro se*, the Court should instruct Plaintiff that he is required to adhere to the Federal Rules of Civil Procedure and the Local Rules for the District of Nevada. In their opposition, Defendants argue that Plaintiff has demonstrated his unwillingness to adhere to procedural rules by his *ex parte* filing of his motion to proceed *pro se* without providing justification to the Court. (Dkt. #731 at 2).

---

[1] The Court issues this Amended Order as it overlooked Defendants' response to Plaintiff's motion (Dkt. #731) when it issued the prior Order (Dkt. #734).

1    The Court finds that Plaintiff has established good cause for the removal of his representation by counsel. However, the Court will instruct Plaintiff that, while representing himself *pro se*, he is required to abide by both the Federal Rules of Civil Procedure and Local Rules for the District of Nevada. Plaintiff is notified that failure to follow the relevant procedural requirements may result in sanctions. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Hussein S. Hussein's *Ex Parte* Motion for an Order Approving Termination of Counsel and Approving Plaintiff's *Pro Se* Representation in this Matter (Dkt. #728) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Hussein S. Hussein, 1734 Shadow Park Drive, Reno, NV 89523, to the civil docket.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff Hussein S. Hussein with a copy of this order at the Plaintiff's last known address listed above.

DATED this 28th day of July, 2009.

**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**