# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HUSSEIN S. HUSSEIN, an individual,

Plaintiff,

v.

UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA, et al.,

Defendants.

3:04-CV-0455 JCM (RAM)
3:05-CV-0076 JCM (RAM)

Date:    **N/A**
Time:    **N/A**

**ORDER**

Presently before the court are plaintiff Hussein S. Hussein's motion for stay of judgment pending appeal (Doc. #873) and interested party Jeffrey A. Dickerson's emergency motion for stay of judgment pending appeal (Doc. #875).

Federal Rule of Civil Procedure 62(d) provides that an "appellant may obtain a stay by supersedeas bond." Here, Mr. Hussein admitted he cannot "secure any amount of money to be paid," (Doc. #873), and therefore appears to be unable to post a bond. Mr. Dickerson suggested posting a bond of $10,000 over the course of six months. The purpose of a supersedeas bond is to maintain the status quo during the stay pending appeal. If the court allows Mr. Hussein or Mr. Dickerson to post less than one percent of the total judgment, then the status quo is not being preserved. Accordingly, the motions to stay pending appeal are denied.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Hussein S. Hussein's motion for stay of judgment pending appeal (Doc. #873) and interested party Jeffrey A. Dickerson's emergency motion for stay of judgment pending appeal (Doc. #875) be, and the same hereby are, DENIED.

DATED this 6th day of August, 2010.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -