# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUSSEIN S. HUSSEIN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA, et al.,<br><br>　　　　Defendants. | 3:04-CV-0455 JCM (GWF)<br>3:05-CV-0076 JCM (GWF)<br><br>Date:　　**N/A**<br>Time:　　**N/A** |

## ORDER

Presently before the court is plaintiff Hussein S. Hussein's emergency motion to vacate the court's January 9, 2012, hearing. (Doc. #942). Appellant Jeffrey A. Dickerson, plaintiff's former counsel, joined plaintiff's motion. (Doc. #943). Defendants Nevada System of Higher Education, et. al. then filed a notice of continued jurisdiction in the Ninth Circuit Court of Appeals. (Doc. #944).

Plaintiff states that on December 8, 2011, he and Mr. Dickerson filed petitions for panel rehearing and for rehearing *en banc* with the Ninth Circuit. (Doc. #942). Thus, plaintiff argues that this court lacks jurisdiction to rule on docket #940 because the Ninth Circuit retains jurisdiction pending a decision on the petition for rehearing. (Doc. #942).

Pursuant to Federal Rule of Appellate Procedure 41(d)(1), "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion . . . ." *See also Beardslee v. Brown*, 393 F.3d 899, 901 (9th

**James C. Mahan**
**U.S. District Judge**

Cir. 2004) (stating that the circuit court retains jurisdiction until the mandate issues); *Sgaraglino v. State Farm Fire & Cas. Co.*, 896 F.2d 420, 421 (9th Cir. 1990).

Good cause appearing, and there not being any objections,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Hussein S. Hussein's emergency motion to vacate the court's January 9, 2012, hearing (doc. #942) be, and the same hereby is, GRANTED.

DATED this 4th day of January, 2012.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -