MARY PHELPS DUGAN
GENERAL COUNSEL
Nevada Bar No. 657
UNIVERSITY OF NEVADA, RENO
NEVADA SYSTEM OF HIGHER EDUCATION
1664 N. Virginia St. MS 0550
Reno, NV 89557-0550
mdugan@unr.edu
(775) 784-3493
(775) 327-2202 Fax

WILLIAM A. S. MAGRATH, II
Nevada Bar No. 1490
McDONALD CARANO WILSON LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
wmagrath@mcdonaldcarano.com
(775) 788-2000
(775) 788-2020 Fax

Attorneys for Defendants/Counterclaimant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUSSEIN S. HUSSEIN, an individual,<br><br>        Plaintiff,<br>v.<br><br>NEVADA SYSTEM OF HIGHER EDUCATION, et al.,<br><br>        Defendants.<br>_____/<br>AND RELATED CLAIMS.<br>_____/ | **3:04-CV-0455-JCM (GWF)-BASE**<br>3:05-CV-0076-JCM (GWF)-MEMBER<br><br>**RENEWED JUDGMENT AGAINST HUSSEIN S. HUSSEIN AND JEFFERY A. DICKERSON** |

Presently before the Court is the Affidavit of Renewal of Judgment (NRS 17.214) filed by Defendant/Counterclaimant Nevada System of Higher Education ("NSHE").

This Court initially entered its Second Amended Order and Judgment (ECF No. 833) (the "Judgment") on April 28, 2010.  NSHE filed its Affidavit of Renewal of Judgment on April 8, 2016.

NRS 17.214 establishes the procedures for renewing a judgment.  Among other

things, NRS 17.214 requires "that an affidavit of renewal of judgment be filed with the court clerk within 90 days before the date the judgment expires by limitation." NRS 17.214. "An action on a judgment or its renewal must be commenced within six years under NRS 11.190(1)(a); thus a judgment expires by limitation in six years." *Leven v. Frey*, 123 Nev. 399, 168 P.3d 712, 715 (2007); *O'Lane v. Spinney*, 110 Nev.496, 874 P.2d 754, 755 (1994) ("Judgment renewal [pursuant to NRS 17.214] is simple: the judgment creditor simply files an affidavit with the clerk of the court where the judgment is entered within ninety days before the judgment expires.").

NSHE timely filed its Affidavit of Renewal of Judgment with the clerk of the court, and complied with all relevant statutory requirements.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment entered on April 28, 2010, in favor of the NEVADA SYSTEM OF HIGHER EDUCATION and against HUSSEIN S. HUSSEIN and JEFFERY A. DICKERSON, jointly and severally, in the principal amount of $1,142,403.25, be and hereby is renewed for a period of six (6) years from the date of the Renewed Judgment in the amount of $1,499,905.05 as of April 8, 2016, together with interest continuing to accrue on the principal at the legal rate until paid in full.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the separate judgment entered on April 28, 2010, in favor of the NEVADA SYSTEM OF HIGHER EDUCATION and against HUSSEIN S. HUSSEIN in the principal amount of $61,596.63, be and hereby is renewed for a period of six (6) years from the date of the Renewed Judgment in the amount of $80,872.58 as of April 8, 2016, together with interest continuing to accrue on the principal at the legal rate until paid in full.

IT IS SO ORDERED:

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

DATED: April 11, 2016

Respectfully submitted by:

/s/ Mary Phelps Dugan
MARY PHELPS DUGAN
GENERAL COUNSEL
Nevada Bar No. 657
UNIVERSITY OF NEVADA, RENO
NEVADA SYSTEM OF HIGHER EDUCATION
1664 N. Virginia St. MS 0550
Reno, NV 89557-0550
(775) 784-3493
(775) 327-2202 Fax

WILLIAM A. S. MAGRATH, II
Nevada Bar No. 1490
McDONALD CARANO WILSON LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
(775) 788-2000
(775) 788-2020 Fax

Attorneys for Defendants/Counterclaimant

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Nevada System of Higher Education and that on April 8, 2016, I caused to be delivered via electronic transmission a file-stamped copy of the **[PROPOSED] RENEWED JUDGMENT AGAINST HUSSEIN S. HUSSEIN AND JEFFREY A. DICKERSON** to all parties registered with the CM/ECF system.

Furthermore, pursuant to NRS 17.214(3), on April 8, 2016, I caused a file-stamped copy of the **[PROPOSED] RENEWED JUDGMENT AGAINST HUSSEIN S. HUSSEIN AND JEFFREY A. DICKERSON** to be sent via certified mail, return receipt requested, to the individuals listed below at their last known addresses as follows:

HUSSEIN S. HUSSEIN
1734 Shadow Park Drive
Reno, NV  89523

HUSSEIN S. HUSSEIN
1655 Lakeside Drive
Reno, NV  89509-3408

JEFFERY A. DICKERSON
9585 Prototype Ct., #A
Reno, NV  89521

JEFFERY A. DICKERSON
60 Gazelle Road
Reno, NV  89511

/s/ Catherine Bandoni
An employee of the Nevada System of Higher Education